## A01A1590. JEFFERSON RANDOLPH CORPORATION et al. v. PROGRESSIVE DATA SYSTEMS, INC. et al.
### (574 SE2d 394)

ELDRIDGE, Judge.

The Supreme Court granted certiorari in this case, and in *Progressive Data Systems v. Jefferson Randolph Corp.*, 275 Ga. 420 (568 SE2d 474) (2002), reversed our conclusion that "manifest disregard of the law" is a ground for vacating an arbitration award. Therefore, we vacate subsections (b) and (c) of Division 1 of our earlier opinion[1] and adopt the judgment of the Supreme Court as our own. The remainder of our opinion was not addressed by the Supreme Court and therefore still stands.

*Judgment affirmed in part and reversed in part. Andrews, P. J., and Miller, J., concur.*

DECIDED NOVEMBER 8, 2002.

*Michael A. Dailey*, for appellants.
*Peter H. Strott*, for appellees.

---

[1] *Jefferson Randolph Corp. v. Progressive Data Systems*, 251 Ga. App. 1 (553 SE2d 304) (2001).